**Lance SIMPSON,**

v.

**LIFE SKILLS FOUNDATION
and Division of Employment
Security, Respondents.**

**No. ED 95801.**

Missouri Court of Appeals,
Eastern District,
Division Five.

June 14, 2011.

Kevin J. Kasper, St. Charles, MO, for appellant.

Shelly A. Kintzel, Jefferson City, MO, for respondents.

Before: GARY M. GAERTNER, JR., P.J., MARY K. HOFF, J., and PATRICIA L. COHEN, J.

### *ORDER*

PER CURIAM.

Lance Simpson appeals from a decision by the Labor and Industrial Relations Commission denying him unemployment

benefits. An extended opinion would have no precedential value. The parties have been provided with a memorandum for their information only, setting forth the reasons for this order. The decision is affirmed. Rule 84.16(b).